IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL REAGAN,                                    1:07-cv-01778-OWW-SMS (PC)

        Plaintiff,                                ORDER TO SUBMIT APPLICATION
                                                   TO PROCEED IN FORMA PAUPERIS
    vs.                                       **OR** PAY FILING FEE

JAMES A. YATES, et al.,                            THIRTY DAY DEADLINE

        Defendants.
_____/

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
1983. Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma
pauperis pursuant to 28 U.S.C. § 1915.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma
pauperis.

      2. Within thirty (30) days of the date of service of this order, plaintiff shall submit a
completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee
for this action. Failure to comply with this order will result in a recommendation that this action be
dismissed.

IT IS SO ORDERED.


**Dated: <u>December 14, 2007</u>**                          **/s/ Sandra M. Snyder**
_____        UNITED STATES MAGISTRATE JUDGE