1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  MICHAEL REAGAN,                        CASE NO. 1:07-cv-01778-OWW-SMS PC

10        Plaintiff,                      FINDINGS AND RECOMMENDATIONS
                                          RECOMMENDING DISMISSAL OF ACTION,
11  v.                                    WITH PREJUDICE, FOR FAILURE TO
                                          STATE A CLAIM UPON WHICH RELIEF
12  JAMES A. YATES, et al.,               MAY BE GRANTED

13        Defendants.                     (Doc. 11)

14                                        OBJECTIONS DUE WITHIN TWENTY DAYS
                                       /
15

16        Plaintiff Michael Reagan ("Plaintiff") is a former state prisoner proceeding pro se and in

17  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on

18  December 7, 2007.  On July 3, 2008, the undersigned dismissed Plaintiff's complaint for failure to

19  state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint

20  within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  To date, Plaintiff has not complied

21  with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets

22  forth any claims upon which relief may be granted under section 1983.

23        Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the undersigned

24  HEREBY RECOMMENDS that this action be dismissed, with prejudice, based on Plaintiff's failure

25  to state any claims upon which relief may be granted under section 1983.

26        These Findings and Recommendations will be submitted to the United States District Judge

27  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30)**

28  **days** after being served with these Findings and Recommendations, Plaintiff may file written

1

1  objections with the Court.  The document should be captioned "Objections to Magistrate Judge's

2  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

3  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d

4  1153 (9th Cir. 1991).

5

6  IT IS SO ORDERED.

7  **Dated:     August 21, 2008**                              /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28